```
DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561


Attorney for Defendant
RYAN ARMANDO ANDRADE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:07 MJ 00258 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | |
| RYAN ARMANDO ANDRADE, | Date:  November 16, 2007 |
| Defendant. | Time:  1:30 p.m.<br>Judge: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference hearing in the above captioned matter, set for November 8, 2007, may be continued to **November 16, 2007 at 1:30 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

///

///

///

///

///

///

1  3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT<br>
United States Attorney

DATED: November 5, 2007          By  /s/ Mark J. McKeon
                                     MARK J. McKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: November 5, 2007          By  /s/ Robert W. Rainwater
                                     ROBERT W. RAINWATER
                                     Assistant Federal Defender
                                     Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **November 6, 2007**            **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE